| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Hoffman, Jr. , Carl W. | 2. Court or Organization District of Nevada | 3. Date of Report 04/16/2012 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Magistrate Judge, Full time

**5a. Report Type** (check appropriate type)

- [ ] Nomination      Date
- [ ] Initial   [✓] Annual   [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2011
to
12/31/2011

**7. Chambers or Office Address**

Lloyd George Federal Courthouse
333 Las Vegas Boulevard, Rm 3014
Las Vegas
Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors -- see remark, Section VIII | Blindconnect - (non-profit) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Nevada's Public Employee Retirement System, currently receiving pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Jr. , Carl W. | 04/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Clark County School District - Employee Salary - prior to judicial appointment | $173,966.00 |
| 2. 2011 | Nova Southeastern University - Teaching - prior to judicial appointment | $2,150.00 |
| 3. 2011 | State of Nevada Department of Personnel -- Hearing Officer - prior to judicial appointment | $5,485.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Clark County School District - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | America's Servicing Company | Mortgage, Property #1, Las Vegas, Nevada | M |
| 2. | Bank of America | Mortgage, Property #2, Las Vegas, Nevada ▮ (rental)(VIIA, line 5) | M |
| 3. | Waccamaw Bank | Mortgage, Property #3, Brunswick County, NC | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Jr. , Carl W. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America account | A | Interest | J | T | | | | | |
| 2. Silver State School Federal Credit Union account | A | Interest | J | T | | | | | |
| 3. Waccamaw Bank account | A | Interest | J | T | | | | | |
| 4. Property #1, Las Vegas, Nevada | | None | M | W | | | | | |
| 5. Rental Property #2, Las Vegas, Nevada | A | Rent | M | W | | | | | |
| 6. Property #3, Brunswick County, NC | | None | L | W | | | | | |
| 7. Property #4, Lafollette, TN | | None | K | W | | | | | |
| 8. Pimco All Assets All Authority | A | Int./Div. | J | T | | | | | |
| 9. Pimco Low Duration | A | Int./Div. | J | T | | | | | |
| 10. Invesco Gold and Precious Metals (Mutual funds)(____ 403b) | A | Int./Div. | J | T | | | | | |
| 11. ING (Mutual Fund), (____ 457 Plan)(3 funds below) | | | K | T | | | | | |
| 12. - Templeton Global Bond fund | A | Int./Div. | J | T | | | | | |
| 13. - PIMCO VIT Real Return Portfolio | A | Int./Div. | J | T | | | | | |
| 14. - ING Global Resources Portfolio | B | Int./Div. | J | T | | | | | |
| 15. TIAA CREF (Mutual Fund)(457 Plan)(3 funds below) | | | K | T | | | | | |
| 16. - CREF Stock | B | Int./Div. | J | T | | | | | |
| 17. - CREF Growth | B | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Jr. , Carl W. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | - CREF Global Equities | B | Int./Div. | J | T | | | | | |
| 19. | Fidelity Investments Freedom 2020 (Mutual Fund)(457 Plan) | A | Int./Div. | L | T | Buy (add'l) | 08/25/11 | J | | |
| 20. | Zurich Preferred Plus (Mutual Fund)(403b) (8 funds below) | | | N | T | | | | | |
| 21. | - Templeton Developing Markets | A | Int./Div. | K | T | | | | | |
| 22. | - Alger LargeCap Growth Portfolio | A | Int./Div. | J | T | | | | | |
| 23. | - Fidelity VIP Growth | A | Int./Div. | K | T | | | | | |
| 24. | - DWS International | A | Int./Div. | K | T | | | | | |
| 25. | - Invesco V.I.Utilties | B | Int./Div. | K | T | | | | | |
| 26. | - Alger MidCap Growth Portfolio | A | Int./Div. | K | T | | | | | |
| 27. | - DWS Cap Growth VA | A | Int./Div. | K | T | Buy | 04/29/11 | K | | |
| 28. | - DWS Technology VIP (X) | A | Int./Div. | | | Sold | 04/29/11 | K | | |
| 29. | - Franklin Strategic Inc | A | Int./Div. | K | T | | | | | |
| 30. | USAA Short Term Bond Funds | B | Int./Div. | L | T | | | | | |
| 31. | First Eagle Gold Fund Class C (Mutual Funds) | A | Int./Div. | K | T | | | | | |
| 32. | T Rowe Price Blue Chip Growth (Mutual Fund) | A | Int./Div. | L | T | | | | | |
| 33. | T Rowe Price International Discovery (Mutual Fund) | A | Int./Div. | K | T | | | | | |
| 34. | T Rowe Price New Era )(Mutual Fund) | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Jr. , Carl W. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VALIC Short Term Fixed Fund (Mutual Fund) | A | Int./Div. | K | T | Buy | 08/25/11 | K | | |
| 36. Great American Financial Resources "FutureMax" IRA | A | Int./Div. | K | T | | | | | See note in Part VIII |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Jr. , Carl W. | 04/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part I, Positions, during 2010 until August 1, 2011, when I resigned, I was a member of the Board of Directors of Blindconnect, a non-profit corporation whose mission is to assist those with visual disabilities.   Individual Board members do not have control over investment assets.

Regarding Part VII, the funds described in lines 35-38 from my Initial Report were disposed of prior to 2011, and therefore are deleted from this report.

Regarding Part VII, line 40, Great American Financial Resources IRA is a newly listed investment entry, but was previously owned  -- discovered while this report was being prepared, but inadvertently omitted from the initial report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl W. Hoffman, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544